# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **WALTER ALLEN DUBOSE** | **CIVIL ACTION NO. 25-0609** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **NIKKI CHENEVERT, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## **JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 13] having been considered, together with the written objections thereto filed with this Court [Doc. No. 14], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Walter Allen DuBose's Petition for Writ of Habeas Corpus [Doc. No. 5] is **DENIED and DISMISSED WITH PREJUDICE** as time-barred under 28 U.S.C. § 2244(d).

MONROE, LOUISIANA, this 30th day of July, 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE